# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  **MARTIN, APRIL** | CASE NO. 18-10303 |
| DEBTOR | CHAPTER 7 |

## ORDER

Considering the Trustee's *Motion to Sell Property of the Estate*, the lack of objection thereto, and applicable law;

IT IS ORDERED that Martin A. Schott, Trustee, is authorized to sell to APRIL MARTIN for the sum of $370.00 cash by private sale, without any warranty or recourse whatsoever on the part of the Trustee, even as to the return of the purchase price, but with full substitution and subrogation to all rights and actions of warranty against all preceding owners, vendors or mortgagors, the property described as follows:

> 32" TV; 20" TV; Stereo; DVD Player; Video Games; Hairdryer; Telephone; Cellphone; Computer

IT IS FURTHER ORDERED that the property is being transferred "as is, where is" and subject to any and all taxes and liens that may affect it.

Baton Rouge, Louisiana, May 24, 2019.

<u>s/ Douglas D. Dodd</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE